600 A.2d 189

**CONSUMER EDUCATION AND PROTECTIVE ASSOCIATION INTERNATIONAL, INC., and Valerie Waller, Appellants,**

**v.**

**PHILADELPHIA WATER DEPARTMENT, Commissioner William J. Marrazzo, and the City of Philadelphia.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 1991.

Decided Jan. 10, 1992.

Steven P. Hershey, Peter Meadows Adels, Jonathan M. Stein, Philadelphia, for appellants.

Eric B. Schnurer, Philadelphia, for amicus—Phila. Urban Coalition & Citizen Action.

Gerald T. Clark, Deputy City Sol., Abby Pozefsky, Divisional Deputy City Sol., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:
Order affirmed.

NIX, C.J., and LARSEN and McDERMOTT, JJ., dissent.